**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:   FLAKSMAN, LIDIYA   §   Case No. 10-38246
                            §
                            §
Debtor(s)                   §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 South Dearborn Street, Room 710
  Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at  on 08 /26 / 11 at 11:00 a.m.
 in Courtroom B, Park City Branch Court, 301 Greenleaf Ave., Park City ,Illinois 60085-5725. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 06/30/2011                By:    /s/ Ilene F. Goldstein
                                               Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: FLAKSMAN, LIDIYA | § | Case No. 10-38246 |
| | § | |
| | § | |
| Debtor(s) | § | |

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,001.27 |
| *and approved disbursements of* | $ 19.94 |
| *leaving a balance on hand of* [1] | $ 19,981.33 |
| **Balance on hand:** | $ 19,981.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Capital One Auto Finance: Debtor reaffirmed Debt | 4,922.78 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 19,981.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 2,750.11 | 0.00 | 2,750.11 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 4,080.00 | 0.00 | 4,080.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 112.03 | 0.00 | 112.03 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 481.00 | 0.00 | 481.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,423.14 |
| Remaining balance: | $ 12,558.19 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Case 10-38246  Doc 48  Filed 07/21/11  Entered 07/23/11 23:19:21  Desc Imaged
Certificate of Service  Page 4 of 7

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,558.19

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 12,558.19

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,121.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,041.43 | 0.00 | 1,339.79 |
| 2 | American Infosource Lp As Agent for | 13,218.27 | 0.00 | 1,763.66 |
| 4 | Chase Bank USA, N.A. | 11,105.42 | 0.00 | 1,481.75 |
| 5 | Chase Bank USA, N.A. | 9,375.56 | 0.00 | 1,250.94 |
| 6 | Chase Bank USA, N.A. | 5,113.31 | 0.00 | 682.25 |
| 7 | American Express Centurion Bank | 522.10 | 0.00 | 69.66 |
| 8 | Us Dept Of Education | 17,823.89 | 0.00 | 2,378.17 |
| 9 | FIA Card Services, NA/Bank of America | 26,921.08 | 0.00 | 3,591.97 |

Total to be paid for timely general unsecured claims: $ 12,558.19
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL 60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                          Case No. 10-38246-ABG
Lidiya Flaksman                                                 Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: lkorotko              Page 1 of 2                   Date Rcvd: Jul 21, 2011
                               Form ID: pdf006             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2011.
db          +Lidiya Flaksman,    709 Pintail Court,    Deerfield, IL 60015-3644
tr          +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
              Highland Park, IL 60035-3278
16049048    +Advantage Ambulance,    9850 W 190th Street,    Suite A,    Mokena, IL 60448-5606
16049049     Advocate Condell Medical Center,    97169 Eagle Way,    Chicago, IL 60678-9710
16049050    +Advocate Lutheran General,    PO Box 73208,    Chicago, IL 60673-7208
16049051    +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16794290     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17542545     American InfoSource LP as agent for Citibank N.A.,     PO Box 248840,
              Oklahoma City, OK   73124-8840
16049052    +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
16049053    +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
              Wilmington, DE 19899-8833
16049056    +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
16049057    +Chase Bank USA NA,    131 S. Dearborn Street,    5th Floo,    Chicago, IL 60603-5517
16590704     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16049058    +Chase Mht Bk,    Attn: Bankruptcy,    Po Box 15145,    Wilmington, DE 19850-5145
16049059    +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16049060    +Des Plaines Fire Department,    PO Box 438495,    Chicago, IL 60643-8495
16049062    +Gary Flaksman,    709 Pintail Court,    Deerfield, IL 60015-3644
16049063    +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
16049064    +Hsbc/neimn,    Hscb Retail Srvs/ Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
16049065    +Hsbc/saks,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
16049066    +Lake County Radiology Associates,    36104 Treasury Center,    Chicago, IL 60694-6100
16049067    +Macys/fdsb,    Macy’s Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
16049068    +Metrodocs,    431 Lakeview Court,    Suite D,    Mount Prospect, IL 60056-6048
16049069    +Neurology Specialists of NorthernIL,     PO Box 2823,    Carol Stream, IL 60132-0001
16049071    +Northshore University Healthsystem,    9532 Eagle Way,    Chicago, IL 60678-1095
16049072    +Northwest Community Hospital,    PO Box 95698,    Chicago, IL 60694-5698
16049073    +Pinnacle Management Services,    514 Market Loop,    Suite 103,    Dundee, IL 60118-2181
16049075   ++RUSH UNIVERSITY MEDICAL CENTER,    1700 WEST VAN BUREN STREET,    SUITE 161,
              CHICAGO IL 60612-3228
             (address filed with court: Rush University Medical Group,     75 Remittance Drive,    Dept 1611,
              Chicago, IL 60675)
16049074    +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
16049077    +Superior Air Ground Ambulance,    PO Box 1407,    Elmhurst, IL 60126-8407
16049078    +Tanya Karlova,    7271 W. Clarence,    Chicago, IL 60631-1926
16049079    +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
16049080    +Visdsnb,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
16049081   ++WELLS FARGO BANK NA,     WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
              MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)
16049082    +Womancare PC,    PO Box 95379,    Palatine, IL 60095-0379
16049083    +Yacktman General Pediatrics,    1675 W Dempster Street,    Park Ridge, IL 60068-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16585581      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2011 22:15:00
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK   73124-8840
16589920     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 22 2011 01:15:41
               Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
16049054      E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jul 21 2011 19:10:41
               Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
16049055     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2011 22:15:00     Capital One, N.a.,
               C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
16558505      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 21 2011 22:15:01     Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH   43054-3025
16049061      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 21 2011 22:15:01     Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
16931892      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2011 22:15:00
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
16049070     +E-mail/Text: bnc@nordstrom.com Jul 21 2011 19:09:42     Nordstrom FSB,
               Attention: Bankruptcy Department,    Po Box 6566,    Englewood, CO 80155-6566
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,   Ste 200,
               Highland Park, IL 60035-3278
aty*         +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,   Ste 200,
               Highland Park, IL 60035-3278
```

```
District/off: 0752-1            User: lkorotko              Page 2 of 2                  Date Rcvd: Jul 21, 2011
                                Form ID: pdf006             Total Noticed: 44

            ***** BYPASSED RECIPIENTS (continued) *****
16049076*     ++RUSH UNIVERSITY MEDICAL CENTER,    1700 WEST VAN BUREN STREET,    SUITE 161,
               CHICAGO IL 60612-3228
                (address filed with court:   Rush University Medical Group,    75 Remittance Drive,    Dept 1611,
               Chicago, IL 60675-1611)
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 23, 2011**                         **Signature:**        *Joseph Speetjens*