**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: FLAKSMAN, LIDIYA § Case No. 10-38246
§
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                                Assets Exempt: $81,700.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,558.50       Claims Discharged
                                                                          Without Payment: $81,562.56

Total Expenses of Administration: $7,443.08

---

3) Total gross receipts of $ 20,001.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,001.58 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $4,922.78 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,443.08 | 7,443.08 | 7,443.08 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 94,121.06 | 94,121.06 | 12,558.50 |
| **TOTAL DISBURSEMENTS** | $0.00 | $106,486.92 | $101,564.14 | $20,001.58 |

4) This case was originally filed under Chapter 7 on August 26, 2010. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/11/2011   By: /s/ILENE F. GOLDSTEIN
　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Mercedes E550 with over 21,000 miles | 1129-000 | 20,000.00 |
| Interest Income | 1270-000 | 1.58 |
| **TOTAL GROSS RECEIPTS** | | **$20,001.58** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Capital One Auto Finance: Debtor reaffirmed Debt | 4210-000 | N/A | 4,922.78 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$4,922.78** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 2,750.11 | 2,750.11 | 2,750.11 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 4,080.00 | 4,080.00 | 4,080.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 112.03 | 112.03 | 112.03 |
| Jodi E. Gimbel, P.C. | 3410-000 | N/A | 481.00 | 481.00 | 481.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 19.94 | 19.94 | 19.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | -25.00 | -25.00 | -25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,443.08 | 7,443.08 | 7,443.08 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 10,041.43 | 10,041.43 | 1,339.83 |
| 2 | American Infosource Lp As Agent for | 7100-000 | N/A | 13,218.27 | 13,218.27 | 1,763.70 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 11,105.42 | 11,105.42 | 1,481.79 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 9,375.56 | 9,375.56 | 1,250.97 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,113.31 | 5,113.31 | 682.26 |
| 7 | American Express Centurion Bank | 7100-000 | N/A | 522.10 | 522.10 | 69.66 |
| 8 | Us Dept Of Education | 7100-000 | N/A | 17,823.89 | 17,823.89 | 2,378.23 |
| 9 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 26,921.08 | 26,921.08 | 3,592.06 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 94,121.06 | 94,121.06 | 12,558.50 |

**UST Form 101-7-TDR (10/1/2010)**

## Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-38246  
Case Name: FLAKSMAN, LIDIYA  

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 08/26/10 (f)  
§341(a) Meeting Date: 09/27/10  

Period Ending: 10/11/11  

Claims Bar Date: 03/10/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 709 Pintail Court, Deerfield<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 210,000.00 | 17,253.00 | | 0.00 | FA |
| 2 | Bank Account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | household goods, furniture, kitchen appliances,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | books, family pictures<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 5 | necessary wearing apparel<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 6 | costume jewelry, wedding rings<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 7 | camera<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 8 | Term Life Insurance- no cash value<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | IRA<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50,000.00 | 0.00 | | 0.00 | FA |
| 10 | 401 k with employer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2007 Mercedes E550 with over 21,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20,675.00 | 8,725.00 | | 20,000.00 | FA |
| 12 | 2006 Hyundai Sonata with over 50,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-38246                                Trustee:    (330290)    ILENE F. GOLDSTEIN
Case Name:   FLAKSMAN, LIDIYA                        Filed (f) or Converted (c):   08/26/10 (f)
                                                     §341(a) Meeting Date:          09/27/10
Period Ending: 10/11/11                              Claims Bar Date:               03/10/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| Int   INTEREST (u) | Unknown | N/A | | 1.58 | Unknown |
| 13   Assets   Totals (Excluding unknown values) | $298,025.00 | $25,978.00 | | $20,001.58 | $0.00 |

Major Activities Affecting Case Closing:

    STATUS:  THE TRUSTEE FOUND AN ASSET THAT WAS UNDERSTATED IN VALUE.  SHE HAS SOLD THAT ASSET AND CREATED AN ESTATE.  SHE IS CURRENTLY OBTAINING AN ACCOUNTANT, REVIEWING CLAIMS AND CLOSING THE ESTATE.

Initial Projected Date Of Final Report (TFR):       December 31, 2011            Current Projected Date Of Final Report (TFR):      December 31, 2011

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-38246 |
| Case Name: | FLAKSMAN, LIDIYA |
| Taxpayer ID #: | **-***0857 |
| Period Ending: | 10/11/11 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******04-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/01/10 | {11} | Citibank (Lidiya Flaksman) | Sale of personal property | 1129-000 | 20,000.00 | | 20,000.00 |
| 11/22/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 20,000.06 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 20,000.16 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,000.32 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,000.48 |
| 02/04/11 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #10-38246, Bond Premium Voided on 02/04/11 | 2300-000 | | ! 52.71 | 19,947.77 |
| 02/04/11 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #10-38246, Bond Premium Voided: check issued on 02/04/11 | 2300-000 | | ! -52.71 | 20,000.48 |
| 02/04/11 | 1002 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #10-38246, Bond Premiums | 2300-000 | | 19.94 | 19,980.54 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,980.69 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,980.85 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,981.01 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,981.17 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,981.33 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,981.49 |
| 08/26/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.15 | | 19,981.64 |
| 08/26/11 | | To Account #9200******0466 | TRANSFER FROM INVESTMENT | 9999-000 | | 19,981.64 | 0.00 |
| | | | ACCOUNT TOTALS | | 20,001.58 | 20,001.58 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 19,981.64 | |
| | | | Subtotal | | 20,001.58 | 19.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $20,001.58 | $19.94 | |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 10/11/2011 01:18 PM     V.12.57

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-38246 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | FLAKSMAN, LIDIYA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******04-66 - Checking Account |
| Taxpayer ID #: | **-***0857 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/26/11 | | From Account #9200******0465 | TRANSFER FROM INVESTMENT | 9999-000 | 19,981.64 | | 19,981.64 |
| 08/26/11 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $2,750.11, Trustee Compensation; Reference: | 2100-000 | | 2,750.11 | 17,231.53 |
| 08/26/11 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $4,080.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,080.00 | 13,151.53 |
| 08/26/11 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $112.03, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 112.03 | 13,039.50 |
| 08/26/11 | 104 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $481.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 481.00 | 12,558.50 |
| 08/26/11 | 105 | Discover Bank | Dividend paid 13.34% on $10,041.43; Claim# 1; Filed: $10,041.43; Reference: | 7100-000 | | 1,339.83 | 11,218.67 |
| 08/26/11 | 106 | American Infosource Lp As Agent for | Dividend paid 13.34% on $13,218.27; Claim# 2; Filed: $13,218.27; Reference: | 7100-000 | | 1,763.70 | 9,454.97 |
| 08/26/11 | 107 | Chase Bank USA, N.A. | Dividend paid 13.34% on $11,105.42; Claim# 4; Filed: $11,105.42; Reference: | 7100-000 | | 1,481.79 | 7,973.18 |
| 08/26/11 | 108 | Chase Bank USA, N.A. | Dividend paid 13.34% on $9,375.56; Claim# 5; Filed: $9,375.56; Reference: | 7100-000 | | 1,250.97 | 6,722.21 |
| 08/26/11 | 109 | Chase Bank USA, N.A. | Dividend paid 13.34% on $5,113.31; Claim# 6; Filed: $5,113.31; Reference: | 7100-000 | | 682.26 | 6,039.95 |
| 08/26/11 | 110 | American Express Centurion Bank | Dividend paid 13.34% on $522.10; Claim# 7; Filed: $522.10; Reference: | 7100-000 | | 69.66 | 5,970.29 |
| 08/26/11 | 111 | Us Dept Of Education | Dividend paid 13.34% on $17,823.89; Claim# 8; Filed: $17,823.89; Reference: | 7100-000 | | 2,378.23 | 3,592.06 |
| 08/26/11 | 112 | FIA Card Services, NA/Bank of America | Dividend paid 13.34% on $26,921.08; Claim# 9; Filed: $26,921.08; Reference: | 7100-000 | | 3,592.06 | 0.00 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | -25.00 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,981.64 | 19,981.64 | $0.00 |
| | | | Less: Bank Transfers | | 19,981.64 | 0.00 | |
| | | | Subtotal | | 0.00 | 19,981.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $19,981.64 | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 10-38246 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | FLAKSMAN, LIDIYA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******04-66 - Checking Account |
| Taxpayer ID #: | **-***0857 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :  20,001.58
—————
Net Estate :  $20,001.58

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******04-65 | 20,001.58 | 19.94 | 0.00 |
| Checking # 9200-******04-66 | 0.00 | 19,981.64 | 0.00 |
| | $20,001.58 | $20,001.58 | $0.00 |